IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TINA CRITTENDEN,<br><br>    Plaintiff,<br><br>    v.<br><br>VICTOR HILL<br>Individually and in his official capacity<br>as Sheriff of Clayton County, Georgia,<br>et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:10-CV-2091-TWT |

## ORDER

This is an employment discrimination case. It is before the Court on the Report and Recommendation [Doc. 6] of the Magistrate Judge recommending dismissing this action without prejudice. I approve and adopt the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice.

SO ORDERED, this 3 day of December, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\10\Crittenden\r&r.wpd